UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Danyari Lantan Rosales,

Petitioner

v.

Todd Blanche, et al.,

Respondents

Case No. 2:26-cv-02908-CDS-NJK

**Order Dismissing Duplicate Case**

Petitioner Danyari Lantan Rosales, an immigration detainee who is challenging the lawfulness of his federal detention at the Nevada Southern Detention Center, has filed a pro se petition for federal habeas corpus relief under 28 U.S.C. § 2241. ECF No. 1-1. However, Lantan Rosales has an identical § 2241 petition challenging his immigration detention. *See Lantan-Rosales v. Blanche*, Case No. 2:26-cv-02835-MMD-EJY. The court will therefore dismiss this action, without prejudice, as duplicative. Any federal habeas claims Lantan Rosales wishes to pursue challenging his immigration detention must be asserted, if at all, in Case No: 2:26-cv-02835-MMD-EJY.

It is therefore ordered that this action is dismissed without prejudice. The Clerk of Court is kindly directed to close this case.

Dated: September 15, 2026

Cristina D. Silva
United States District Judge